# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

M&M Elevator Company, Ltd.,

\* From the 244th District
  Court of Ector County,
  Trial Court No. C-128,532.

Vs. No. 11-13-00035-CV

\* September 26, 2013

Eliazar Trevino, Jr., individually and as
next friend of Eliazar Trevino, III,
Lailyana Trevino, and Urijah Trevino,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)

This court has considered M&M Elevator Company, Ltd.'s unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.